IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00399-RBJ | Date:  April 22, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation:  Gary Burney |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Richard A. Hosley III* |
| **v.** | |
| 1.  ANTHONY ISHMAEL MEDINA<br>**Defendant(s)** | *David E. Johnson* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     1:01 p.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [27] Defendant's Motion for Below-Guideline, Downward Variance Sentence is DENIED.

Defendant shall be **imprisoned** for **51 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado and recommends that he receive credit for all time served in federal custody on this case.

**ORDERED: Conditions** of Supervised Release that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**)   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**)   The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**)   The defendant shall not associate with or have contact with any gang members and shall not participate in gang activity, to include displaying gang paraphernalia.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Mr. Johnson makes an objection to the sentence.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 2:14 p.m.          Hearing concluded.          Total time:     01:13